UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------x

KASEY SCHUTZ,

        Plaintiff,

-against-

COMPLEX MEDIA, INC.,,                                       19-cv-8992 (LAK)

        Defendant-Third Party Plaintiff,

-against-

FRANCISCO SALCEDO, et ano.

        Third Party Defendants.

------------------------------------------x

**ORDER**

Lewis A. Kaplan, *District Judge.*

        The order of referral to a magistrate judge (Dkt. 4) is vacated.

        SO ORDERED.

Dated:        February 19, 2020

                                                          Lewis A. Kaplan
                                                  United States District Judge